**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Allen Zhang,<br>Plaintiff(s),<br>v.<br>Jonal Alberto Quinonez Ortiz, et al.,<br>Defendant(s). | Case No. 2:26-cv-03243-NJK[1]<br>**ORDER** |

Defendant Ortiz has not appeared despite having been served more than a month ago. *See* Docket No. 9.[2] Unless he has responded to the complaint in the interim, the parties must file a joint status report as to Ortiz's non-appearance by November 20, 2026.

IT IS SO ORDERED.

Dated: November 13, 2026

Nancy J. Koppe
United States Magistrate Judge

[1] This case is proceeding before the undersigned magistrate judge as part of the opt-out consent program. *See* Gen. Order 2023-11.

[2] The parties filed a status report indicating that they had agreed without seeking judicial approval to extend Ortiz's responsive pleading deadline to November 10, 2026. Docket No. 12 at 2. That date has come and gone, but Ortiz has not appeared and a request to extend this deadline has not been filed.